UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DANIEL HERNANDEZ,<br><br>               Plaintiff,<br><br>vs.<br><br>NYE COUNTY SCHOOL DISTRICT;<br>ROBERT PEKAREK, etc., *et al.*,<br><br>               Defendant. | 2:10-cv-0749-KJD-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on October 11, 2010; December 10, 2010; and, February 11, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this _31st_ day of August, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge